# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAWN GAINES,**

    **Plaintiff,**

**v.**                                               Case No: 6:13-cv-1108-Orl-31DAB

**DELPHINI CONSTRUCTION COMPANY,**

    **Defendant.**

## ORDER

This cause comes before the Court *sua sponte*. In the Scheduling Order entered August 26, 2013 (Doc. No. 10), the parties were ordered to jointly file by no later than November 25, 2013, a Report Regarding Settlement notifying the Court of the results of the settlement conference which was to be held by November 4, 2013. The report on the results of the conference has not been filed. Therefore, it is

**ORDERED** that the parties are to file the Report Regarding Settlement by December 17, 2013. Failure to respond may result in a dismissal of the case for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2013.

                                                                 GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party