UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN GAINES, on behalf of himself
and all others similarly-situated,

    Plaintiffs,

CASE NO.: 6:13-cv-1108-Orl-31DAB

vs.

DELPHINI CONSTRUCTION
COMPANY, A Florida Profit
Corporation,

    Defendant.
_____ /

## STIPULATION OF DISMISSAL

The Parties, Shawn Gaines and Delphini Construction Company, by and through the undersigned counsel hereby stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii). Plaintiff agrees that his claims are moot. *See Genesis Healthcare Corp. v. Symczyk*, 569 U.S. _____ (Apr. 16, 2013).

Respectfully submitted this 8th day of December, 2013.

| /s/ Christina J. Thomas, Esq. | /s/ Wayne Johnson, Esq. |
|---|---|
| CHRISTINA J. THOMAS, ESQ. | WAYNE JOHNSON, ESQ. |
| Florida Bar No. 0074846 | Florida Bar No. 0966177 |
| Morgan & Morgan, P.A. | DECICCIO & JOHNSON |
| 20 N. Orange Ave., 14th Floor | Winter Park, Florida 32789 |
| Telephone: (407) 420-1414 | Tel: 407-740-4111 |
| Email: CThomas@forthepeople.com | Email: wayne.johnson@deciccio.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |